

**FILED**

NOV 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  03-229-ggh |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MOTION TO DISMISS COMPLAINT |
| DANIEL KARAPETYAN, | ) | AND (~~proposed~~) ORDER |
| Defendant. | ) | D≈O |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 03-229-ggh, as against only defendant Daniel Karapetyan.

DATED: 11/17/11                    BENJAMIN WAGNER
                                   U.S. Attorney
                                   /s/Michelle Rodriguez
                              By   _____
                                   MICHELLE RODRIGUEZ
                                   Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 03-229-ggh as against defendant Daniel Karapetyan only is GRANTED.

DATED:  11/17/11              _____
                              HON. DALE A. DROZD
                              U.S. MAGISTRATE JUDGE